UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

In Re:   Palmetto Construction Services, LLC

Case No.:   19-21051-VFP

Judge:   Vincent F. Papalia

Chapter:   11

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL

I, Jerome Pellerin, being of full age, certify as follows:

1. I am seeking authorization to be retained as counsel, on a limited basis and for the limited purpose of advancing on debtor/plaintiff, Palmetto Construction Services, LLC's behalf certain adversary actions that may lie and that are related to the Chapter 11 Reorganization filed by debtor herein and to the extent any engagement to provide said services is subsequently mutually agreed upon in writing, other bankruptcy administration matters that the Debtor's primary bankruptcy counsel (Jared Geist and Leo Congeni) may hereafter request. .

2. My professional credentials include: I have been practicing law, with a primary focus on business and commercial litigation, since 1986 and I am admitted in the Louisiana State Bar and the United States District Court of the Eastern District of Louisiana.

3. I am a member of or associated with the firm of: The Law Offices of Jerome Pellerin.

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows The agreed upon reduced rate is $200.00 per hour plus all expenses incurred.

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection:_____

_____

_____

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe Connection: _____

_____

_____

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. § 101(14).

☒ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain: _____

_____

_____

8. If the professional is an auctioneer,

The following are my qualifications and experience with the liquidation or sale of similar property: ___n/a_

b. The proposed method of calculation of my compensation, including rates and formulas, is: _____n/a

2

      Pursuant to D.N.J. 2014-2, I ☐ do  or  ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

    c.    The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: _n/a

    d.    Have you, or a principal of your firm, been convicted of a criminal offense?

    ☒ No    ☐ Yes (explain below)

    e.    I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9.    If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: n/a

I certify under penalty of perjury that the above information is true.

Date: 09/04/2019_        __/s/ Jerome Pellerin_____
                                    Signature of Professional

*rev.8/1/15*