**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-2(c)*
Jeffrey Schreiber, Esq.
NJ Attorney ID: 041751990
Samantha L. Frenchman, Esq.
NJ Attorney ID: 156812015
**MEISTER SEELIG & FEIN LLP**
2G Auer Court
Williamsburg Commons
East Brunswick, New Jersey 08816
Tel: (732) 432-0073

*Attorneys for Creditor Accolend, LLC*

**Order Filed on November 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

PALMETTO CONSTRUCTION SERVICES, LLC

Case No. 19-21051(VFP)

Chapter 11

Honorable Vincent F. Papalia

Hearing Date: November 19, 2019 at 10:00 a.m.

## ORDER DENYING MOTION FOR A STAY PENDING APPEAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 25, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon consideration of the Motion for a Stay Pending Appeal filed by Debtor Palmetto Construction Services, LLC ("Debtor") (Docket Entry 132), the Brief in Opposition to the Motion filed by Creditor Accolend, LLC (Docket Entry 145), the Objection to the Motion filed by the Chapter 11 United States Trustee (Docket Entry 146), the Objection to Debtor's Motion filed by the Chapter 7 United States Trustee (Docket Entry 148), the arguments of counsel at the hearing held on November 19, 2019 (the "Hearing"), and the totality of the circumstances of this case, and notice having been given to the parties in interest, and the Court having found cause for the entry of the within Order, and for the reasons set forth on the record at the Hearing, it is hereby:

**ORDERED** that Debtor's Motion for a Stay Pending Appeal is denied with prejudice.