DNJ-Civ-015 Order Dismissing Appeal

# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: Palmetto Construction Services, LLC<br><br>Debtor(s) | Bankruptcy Case No. 19-21051 |
| PALMETTO CONSTRUCTION<br><br>Appellant(s),<br><br>v.<br><br>ACCOLEND, LLC<br><br>Appellee(s). | Civil Action No. 19-cv-19589<br><br>**ORDER DISMISSING APPEAL** |

IT APPEARING to the Court that on  October 29, 2019  a Notice of Appeal was filed from the Order of the Bankruptcy Court dated  October 17, 2019  and entitled  Debtor's Notice of Appeal  ; and

IT FURTHER appearing to the Court the appellant has not filed a Designation of Contents of Record and Statement of Issues pursuant to the provisions of Bankruptcy Rule 8009, nor has applied for an extension of time to do so, and that the time for filing same has expired;

IT IS, on this  20  day of  November , 2019

ORDERED that the Notice of Appeal in this matter be and the same is hereby dismissed under Federal Rule of Bankruptcy Procedure 8003 for failure to comply with Federal Rule of Bankruptcy Procedure 8009.

s/ _____
Signature of Judicial Officer

Madeline C. Arleo, USDJ
Name and Title of Judicial Officer